Kara M. Wolke (SBN 241521)
 *kwolke@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

Raymond D. Sulentic (SBN 316913)
 *rsulentic@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
12526 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (310) 201-9150

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE DERMTECH, INC. SECURITIES LITIGATION | Case No. 3:23-cv-1885-DMS-JLB **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DERMTECH INC.** Judge: Hon. Dana M. Sabraw |

NOTICE OF VOLUNTARY DISMISSAL OF DERMTECH INC

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Robert Weiner ("Plaintiff"), ("Plaintiff") hereby voluntarily dismisses his claims against defendant DermTech Inc. ("DermTech"), without prejudice.  DermTech has not served an answer or a motion for summary judgment.

For the avoidance of doubt, Plaintiff is not dismissing his claims against any other defendant and intends to oppose the Individual Defendants'[1] pending motion to dismiss (ECF No. 27) and request for judicial notice (ECF No. 27-22) according to the briefing schedule ordered by the Court (ECF No. 26).

DATED: June 20, 2024

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Ray D. Sulentic*

Raymond D. Sulentic
12526 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (310) 201-9150
Email: rsulentic@glancylaw.com

Kara M. Wolke
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email:  kwolke@glancylaw.com

*Lead Class Counsel*

---

[1] The Individual Defendants here are John Dobak and Kevin Sun.

## PROOF OF SERVICE

I hereby certify that on this 20th day of June, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Raymond D. Sulentic*
Raymond D. Sulentic

---