Sean T. Prosser (SBN 163903)
stprosser@mintz.com
Jennifer YoonJee Kim (SBN 318804)
jkim@mintz.com
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  858.314.1500
Facsimile:   858.314.1501

Patrick E. McDonough (*Pro Hac Vice* application forthcoming)
pemcdonough@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
One Financial Center
Boston, MA  02111
Telephone: (617) 542-6000

Attorneys for Defendants
DERMTECH, INC., JOHN DOBAK and KEVIN SUN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DERMTECH, INC. SECURITIES LITIGATION | Case No.  3:23-cv-01885-DMS-JLB<br><br>**NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** |

**PLEASE BE ADVISED** that on June 18, 2024, defendant DermTech, Inc. and its affiliate, DermTech Operations, Inc. (each, a "Debtor" and collectively, the "Debtors"), commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"). The Debtors' chapter 11 cases (the "Chapter 11 Cases") are presently pending before The Honorable John T. Dorsey, United States Bankruptcy Judge.

**PLEASE BE FURTHER ADVISED** that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' Chapter 11 Cases, the above-captioned action has been automatically stayed as against the Debtor-defendant. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case . . . ." 11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Debtors' Chapter 11 Cases may be obtained by reviewing the docket of these Chapter 11 Cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or by contacting the undersigned counsel for the Debtors.

1

DATED:  June 20, 2024

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.


By:    */s/Sean T. Prosser*
Sean T. Prosser
Patrick E. McDonough
Jennifer YoonJee Kim

Attorneys for Defendants
DermTech, Inc., John Dobak, and Kevin Sun

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On June 20, 2024, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

Executed on June 20, 2024 at San Diego, California.


*/s/Sean T. Prosser*
Sean T. Prosser

---

3