Sean T. Prosser (SBN 163903)
stprosser@mintz.com
Patrick E. McDonough (pro hac vice forthcoming)
PEMcDonough@mintz.com
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  858.314.1500
Facsimile:   858.314.1501

Attorneys for Defendants
JOHN DOBAK and KEVIN SUN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE DERMTECH, INC. SECURITIES LITIGATION | Case No.  3:23-cv-01885-DMS-JLB<br><br>**JOINT MOTION PERMITTING PLAINTIFF TO FILE CORRECTED SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND  SETTING BRIEFING SCHEDULE**<br><br>Judge: Honorable Dana M. Sabraw |

Lead Plaintiff Robert Weiner ("Plaintiff") and Defendants John Dobak and Kevin Sun (collectively, "Defendants") (together with Plaintiff, the "Parties") hereby jointly move the Court for an order setting a briefing schedule for Defendants' anticipated motion to dismiss Plaintiff's Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws:

WHEREAS, on December 2, 2023, the Court issued an Order Granting Defendants' Motion to Dismiss Plaintiff's First Amended Consolidated Class Action Complaint (ECF 36), which provided Plaintiff an opportunity to file a Second Amended Consolidated Class Action Complaint within forty-five (45) days;

WHEREAS, on January 16, 2025, Plaintiff filed Plaintiff's Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("SAC") (ECF 37);

WHEREAS, Plaintiff's SAC contained minor discrepancies between the alleged end date of the putative class period (paragraphs 1, 17, and 116, differed from paragraph 292);

WHEREAS, the Parties have conferred about the scrivener's errors, and Defendants do not oppose Plaintiff's request to file a Corrected Second Amended Consolidated Class Action Complaint ("Corrected SAC") that corrects the drafting error such that Plaintiffs' alleged end date for the putative Class Period shall be May 4, 2023 (with no other changes being permitted or contemplated);

WHEREAS, the Parties have also conferred regarding Defendants' intention to move to dismiss the SAC.

THEREFORE, the Parties jointly request an order permitting Plaintiffs to file a Corrected Second Amended Consolidated Class Action Complaint and setting the following briefing schedule:

1.    On or before **March 3, 2025**, Defendants shall file their motion to dismiss the Corrected SAC;

1

2.   On or before **April 21, 2025**, Plaintiff shall file his response to the motion to dismiss; and

3.   On or before **May 21, 2025**, Defendants may file their reply.

DATED:  January 30, 2025

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.


By:   *s/ Sean T. Prosser*

Sean T. Prosser
Patrick E. McDonough
stprosser@mintz.com

Attorneys for Defendants
John Dobak, and Kevin Sun


DATED:  January 30, 2025

GLANCY PRONGAY & MURRAY LLP


By:   *s/ Ray D. Sulentic*

Ray D. Sulentic
Kara M. Wolke

Attorneys for Lead Plaintiff
Robert Weiner

JT. MOTION RE FILING CORRECTED COMPLAINT AND SETTING BRIEFING SCHEDULE
Case No.  3:23-cv-01885-DMS-JLB

<u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Southern District of California's CM/ECF Administrative Policies and Procedures Manual, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in this filing's content.


DATED:  January 30, 2025                 *s/ Sean T. Prosser*
                                          Sean T. Prosser

---

3

JT. MOTION RE FILING CORRECTED COMPLAINT AND SETTING BRIEFING SCHEDULE
Case No.  3:23-cv-01885-DMS-JLB