# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE DERMTECH, INC. SECURITIES LITIGATION | Case No.:  23-cv-1885-DMS-JLB<br><br>**ORDER GRANTING JOINT MOTION PERMITTING PLAINTIFF TO FILE CORRECTED SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE** |

Pending before the Court is the parties' Joint Motion Permitting Plaintiff to File Corrected Second Amended Consolidated Class Action Complaint and Setting Briefing Schedule.  (ECF No. 38).  The Joint Motion is hereby **GRANTED**.  Plaintiff may file a Corrected Second Amended Consolidated Class Action Complaint.  The Court **SETS** the following briefing schedule:

1. On or before **March 3, 2025**, Defendants shall file their Motion to Dismiss the Corrected SAC;

2. On or before **April 21, 2025**, Plaintiff shall file his Opposition to the Motion to Dismiss;

3. On or before **May 21, 2025**, Defendants may file their Reply.

23-cv-1885-DMS-JLB

**IT IS SO ORDERED.**

Dated:  January 30, 2025

_____

Hon. Dana M. Sabraw, District Judge
United States District Court

23-cv-1885-DMS-JLB