**GLANCY PRONGAY WOLKE & ROTTER LLP**
Kara Wolke (SBN 241521)
Christopher R. Fallon (SBN 235684)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
kwolke@glancylaw.com
cfallon@glancylaw.com

Ray D. Sulentic (SBN 316913)
12526 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (310) 201-9150
rsulentic@glancylaw.com

Counsel for Lead Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DERMTECH, INC. SECURITIES LITIGATION | Case No.  3:23-cv-01885-DMS-JLB <br><br> **AMENDED JOINT MOTION FOR ENTRY OF AMENDED STIPULATED PROTECTIVE ORDER** <br><br><br> District Judge: Hon. Dana M. Sabraw <br><br> Magistrate Judge: Hon. Jill L. Burkhardt |

**WHEREAS**, on September 25, 2025, the Court entered a protective order in the above captioned action (ECF 60) ("the Initial Protective Order");

**WHEREAS**, the Parties have been seeking discovery from non-party liquidating trustee, Steve Balasiano ("The Liquidating Trustee") which maintains possession of former defendant DermTech Inc.'s documents;

**WHEREAS**, as part of the discovery sought, certain information that the Liquidating Trustee has contains protected health information ("PHI") and, accordingly, the Liquidating Trustee has proposed certain changes to the Initial Protective Order;

**WHEREAS**, the parties filed a Joint Motion for an Amended Protective Order on January 23, 2026 (ECF 66) and, following an informal discovery conference with the Court, have revised the proposed language at the direction of the Court;

**WHEREAS**, the parties are amenable to the proposed changes to the Initial Protective Order;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, jointly request that the Court grant this Amended Joint Motion and enter the Amended Joint Protective Order attached hereto as **Exhibit 1**, and emailed to the chambers of the Honorable Judge Jill L. Burkhardt pursuant to § VI of Judge Burkhardt's Civil Chambers rules.

Dated: February 9, 2026

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: _/s/ Ray D. Sulentic_
Ray Sulentic
12526 High Bluff Drive, Suite 300
San Diego, California 92130

1

AMENDED JOINT MOTION FOR ENTRY OF AMENDED STIPULATED PROTECTIVE ORDER
Case No. 3:23-cv-01885-DMS-JLB

Telephone:  (310) 201-9150
Email:  rsulentic@glancylaw.com


Kara M. Wolke
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email:  kwolke@glancylaw.com
cfallon@glancylaw.com


*Lead Counsel for Lead Plaintiff*

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

By:   */s/ Sean T. Prosser*
Sean T. Prosser

Sean T. Prosser (SBN 163903)
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858.314.1500
Facsimile: 858.314.1501
Email: stprosser@mintz.coin

Attorneys for Defendants
John Dobak and Kevin Sun

AMENDED JOINT MOTION FOR ENTRY OF AMENDED STIPULATED PROTECTIVE ORDER
Case No.  3:23-cv-01885-DMS-JLB

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Southern District of California's CM/ECF Administrative Policies and Procedures Manual, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in this filing's content.


DATED:  February 9, 2026          /s/ Ray D. Sulentic
                                  Ray D. Sulentic

AMENDED JOINT MOTION FOR ENTRY OF AMENDED STIPULATED PROTECTIVE ORDER
Case No.  3:23-cv-01885-DMS-JLB

**PROOF OF SERVICE**

I hereby certify that on this 9th day of February, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Ray D. Sulentic*
Ray D. Sulentic

AMENDED JOINT MOTION FOR ENTRY OF AMENDED STIPULATED PROTECTIVE ORDER
Case No.  3:23-cv-01885-DMS-JLB